UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DARIEL I. HOUGH,

        Plaintiff,                Case No. 1:07-cv-31

v.                                       Honorable Richard Alan Enslen

CAROL HOWES, *et al.*,

        Defendants.

_____/

### ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On February 1, 2007, the Court entered an Order denying Plaintiff leave to proceed *in forma pauperis* because he has "three strikes" within the meaning of 28 U.S.C. § 1915(g). Plaintiff has now filed a notice of appeal, but has failed to submit the $455.00 filing fee. As outlined in the Court's Opinion and Order denying him pauper status based on § 1915(g), Plaintiff is barred from proceeding *in forma pauperis* on this appeal. Plaintiff has 30 days from the date of entry of this Order to pay the entire filing fee for appealing a civil action, which is $455.00, to the Clerk of this Court. Plaintiff's failure to comply with this Order may result in dismissal of this appeal without prejudice by the Sixth Circuit Court of Appeals.

A copy of this Order shall be certified by the Clerk to the Court of Appeals. FED. R. APP. P. 3(d).

                                                      /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:         RICHARD ALAN ENSLEN
        March 5, 2007               SENIOR UNITED STATES DISTRICT JUDGE

**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:

Clerk, U.S. District Court

399 Federal Building

110 Michigan Street, NW

Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**