UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARIEL I. HOUGH, JR.,　　　　　　　　　　　　　Case No. 1:07-CV-31

　　　　　Plaintiff,　　　　　　　　　　　　　　　　　Hon. Richard Alan Enslen

v.

CAROL HOWES, *et al.*,
　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**
　　　　　Defendants.　　　　　　／

　　　　This matter is before the Court on Plaintiff Dariel I. Hough, Jr.'s Motion for Reconsideration of the Court's March 5, 2007 Order denying Plaintiff leave to proceed *in forma pauperis* on appeal. Under Rule 7.4(a), Plaintiff must demonstrate that the Court's Order suffers from a palpable defect, and must "also show that a different disposition of the case must result from a correction thereof." W.D. MICH. LCIVR 7.4(a).

　　　　Plaintiff's unsupported assertion that the many previous frivolous claims filed under his name and prison number were not filed by him does not rise to the level of a 'palpable defect.' In this Motion, Plaintiff has failed to allege a palpable defect such that a different disposition must result. Accordingly,

　　　　**IT IS HEREBY ORDERED** that Plaintiff Dariel I. Hough, Jr.'s Motion for Reconsideration (Dkt. No. 7) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard Alan Enslen
DATED in Kalamazoo, MI:　　　　　　　　　RICHARD ALAN ENSLEN
　　March 26, 2007　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE